IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DETROIT ACTION; and RAHIMA BEGUM; | |
| Plaintiffs, | Case No. 2:21-cv-11315-MAG-KGA |
| v. | Hon. Mark A. Goldsmith |
| CITY OF HAMTRAMCK, MICHIGAN; OFFICE OF THE CITY CLERK; and the CITY CLERK, in his or her official capacity as City Clerk in the City of Hamtramck; | |
| Defendants. | |

### STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT

Due to the extraordinary rainfall and subsequent flooding, which began on June 25, 2021, the City of Hamtramck has experienced significant disruptions and has had to prioritize disaster relief. As a result, the City of Hamtramck has requested an extension of Defendants' deadline for their response to Plaintiffs' Complaint. Defendants' Response will now be due on or before July 6, 2021.

SO ORDERED.

Dated: June 29, 2021
  Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

| | |
|---|---|
| **Asian American Legal Defense and Education Fund ("AALDEF")** | **Allen Brothers PLLC** |
| /s/ Susana Lorenzo-Giguere | /s/ James Allen (*with consent*) |
| Susana Lorenzo-Giguere | James Allen |
| Jerry Vattamala | 400 Monroe St., Ste. 620 |
| 99 Hudson Street | Detroit, MI 48226-2925 |
| New York, NY 10013 | Telephone: (313) 962-7777 |
| Telephone: 212.966.5932 | Facsimile: (313) 962-0581 |
| Facsimile: 212.966.4303 | JamesAllen@allenbrotherspllc.com |
| slorenzo-giguere@aaldef.org | |
| jvattamala@aaldef.org | |
| APPLICATIONS PENDING | *ATTORNEY FOR DEFENDANTS* |

**Salvatore, Prescott, Porter and Porter**

/s/ Sarah Prescott
Sarah S. Prescott (P70510)
105 East Main Street
Northville, MI 48167
Telephone: 248.679.8711
Facsimile: 248.773.7280
prescott@spplaw.com

*ATTORNEYS FOR PLAINTIFFS*

Stipulated order prepared by Sarah Prescott (P70510)